FILED

08/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0054

Shandor S. Badaruddin,

      Appellant,

-vs-

The State of Montana &
The Nineteenth Judicial District,

      Appellees.

## GRANT OF EXTENSION

Upon consideration of Appellant's Fifth Motion for Extension of Time, with no objection from Appellees, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including September 23, 2022, within which to prepare, file and serve the Opening Brief in this matter.

–1–

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2022